**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs                                           4:08CR00334-01 GTE

JOSEPH HENDERSON, III                                                                        DEFENDANT

**ORDER Re: General Order 54[1]**

William Owen James, Jr., attorney for Defendant, is hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the courthouse on September 9, 2009, subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the Courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the device through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e) The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

---

[1] Adopted in the Eastern District of Arkansas.

A violation of paragraph (a), (b), or (c) may result in seizure of the electronic device, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 9th day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE