**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                            PLAINTIFF

vs.                              NO. 4:08CR00334-001 SWW

JOSEPH HENDERSON, III                                                                DEFENDANT

**ORDER**

  The above entitled cause came on for hearing December 16, 2014 on government's petition [doc #98] to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant and testimony of the witnesses, the Court found that defendant has violated the conditions of supervised release without just cause.

  IT IS THEREFORE ORDERED AND ADJUDGED that the petition to revoke supervised release is **granted** and the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

  IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **NINE (9) MONTHS** imprisonment in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated at Texarkana, Texas and participate in non-residential substance abuse treatment or programs during incarceration.

  There will be **THREE (3) YEARS** of supervised release to follow. All standard conditions and previously ordered conditions of supervision will apply. In addition, the defendant will be subject to the following special conditions of supervised release:

1. Defendant shall be subject to drug testing and shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

2. Defendant shall have no contact with Andrea McGuiness directly or indirectly, with the exception of through counsel or upon direct order of the Judge assigned in the divorce action.
The defendant is remanded to custody.

IT IS SO ORDERED this 17th day of December 2014.

/s/Susan Webber Wright

United States District Judge