# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| V. | * * | NO: 4:08CR00334-001 SWW |
| JOSEPH HENDERSON, III | * * * | |

## **ORDER**

On May 17, 2016, the Court convened a hearing on the United States' superseding motion to revoke Defendant's supervised release. Defense counsel moved that the hearing not proceed at this time and that Defendant be permitted to seek a mental evaluation, at his own cost from a local mental health care provider, to investigate whether he appreciates the criminality of his alleged conduct or whether a mental disease or defect caused him to act impulsively. Without objection from the United States, the Court granted the oral motion and continued the hearing.

The Court directs counsel to provide the names of the therapists and a time table for the preparation of the report by Friday, May 20, 2016.

Defendant shall complete a financial affidavit to be filed with the Clerk's Office within seven (7) days.

The Court directs that defendant be placed on location monitoring with curfew under the guidance and supervision of the U.S. Probation Office. Defendant's travel shall be restricted to the Eastern District of Arkansas unless authorized by probation.

All other conditions of defendant's supervised release previously imposed shall continue and remain in full force and effect.

Defendant is reminded that if he violates the conditions of his supervised release prior to the rescheduling of a hearing, a revocation hearing may be scheduled immediately.

The revocation hearing will be rescheduled by separate notice.

IT IS SO ORDERED this 18th day of May, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE
