# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                     PLAINTIFF

vs.                    NO.  4:08CR00334-001  SWW

JOSEPH HENDERSON, III                                                  DEFENDANT

## **ORDER**

The above entitled cause came on for hearing August 31, 2016 on the government's superseding motion to revoke supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  The government made an oral motion to withdraw the superseding motion to revoke defendant's supervised release without prejudice in this matter.  The defendant made an oral motion to withdraw the request for mental evaluation.  For good cause shown, the Court finds that the motions should be granted.  The Court finds that defendant's oral motion to be removed from location monitoring, without objection from the government, should be granted to allow defendant to travel to work as a construction manager outside the Eastern District of Arkansas.  He is to travel back to the district and remain in the district from Fridays to Mondays, with the understanding that he will be available to Probation officers on Fridays, Saturdays, Sundays, and Mondays, allowing for travel on Fridays and Mondays.  The Court has determined that defendant's conditions of release should be modified to reflect that defendant is to submit to drug testing with a sweat patch.

IT IS THEREFORE ORDERED that the government's superseding motion to revoke supervised release [doc #118] is withdrawn without prejudice.  The defendant's oral motion to withdraw request for mental evaluation is granted.   Defendant's conditions are modified to reflect that location monitoring is to be removed and defendant shall submit to  drug testing with a sweat

patch.  All other conditions of supervised release remain in full force and effect.

DATED this 1st day of September, 2016.

/s/Susan Webber Wright  
United States District Judge
