# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                    NO. 4:08CR00334-001  SWW

JOSEPH HENDERSON, III

## ORDER

The Court has been advised of new information by the U. S. Probation Office and finds that a show cause hearing should be scheduled to commence at *1:30 p.m. on Thursday, October 6, 2016 in Courtroom #389*, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 29th day of September 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE